In the Matter of the Judicial Settlement of the Accounts of Lewis S. Whitmore and Others, as Executors and Trustees of the Last Will and Testament of Valentine Whitmore, Deceased.— Decree so far as appealed from affirmed, without costs of this appeal to any party. All concur. (The decree judicially settles the accounts of executors and trustees.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.